UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHEA HAMILTON,<br><br>    Plaintiff,<br><br> v.<br><br>DISCOVER BANK; NELNET SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION, INC.; and TRANS UNION, LLC,<br><br>    Defendants. | C25-0960 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Rashea Hamilton and Defendant Discover Bank's Stipulated Motion to Extend Deadline for Defendant Discover Bank to Respond to Plaintiff's Complaint, docket no. 12, is GRANTED. Defendant Discover Bank's time to file an answer or responsive pleading to the Complaint is EXTENDED to July 17, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of July, 2025.

                Ravi Subramanian
                Clerk

                s/Laurie Cuaresma
                Deputy Clerk

MINUTE ORDER - 1