UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RASHEA HAMILTON,

        Plaintiff,

v.

DISCOVER BANK; NELNET SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION, INC.; and TRANS UNION, LLC,

        Defendants.

C25-0960 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Parties' Stipulated Protective Order, docket no. 32, is ADOPTED in full by the Court.

(2)    Plaintiff Rashea Hamilton has filed three notices of settlement, informing the Court that she has settled her disputes in this case with Defendants Nelnet Servicing, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. See Notices of Settlement (docket nos. 31 (Nelnet), 33 (Equifax), and 34 (Experian)). In each notice, she requests that all upcoming deadlines as to these Defendants only be vacated. Accordingly, all pending deadlines stated in the Court's Order, docket no. 30, are vacated as to Defendants Nelnet, Equifax, and Experian only.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2025.

                Ravi Subramanian
                Clerk

                s/Grant Cogswell
                Deputy Clerk

MINUTE ORDER - 1