UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RASHEA HAMILTON,

                Plaintiff,

    v.

DISCOVER BANK; OLYMPIC
STUDENT LOAN TRUST; and
MONOGRAM LLC,

                Defendants.

C25-0960 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' Joint Motion to Extend Discovery and Dispositive Motions, docket no. 80, is GRANTED as follows:

| Scheduling Event | New Deadline |
| --- | --- |
| Discovery completed by | July 1, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | July 9, 2026 |

MINUTE ORDER - 1

The Court declines to adopt the parties' proposed eight-week extension of these deadlines, because they would then conflict with the currently set trial date of September 21, 2026, and the related pre-trial deadlines.  All other dates, deadlines, and procedures set forth in the Court's Scheduling Order, docket no. 30, that are not inconsistent with the foregoing remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2